IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

YARRELL REAL, et al.,

                Plaintiffs,

v.                                      CIVIL ACTION NO. 2:25-cv-00197

DAVID KYLE MOORE, et al.,

                Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to United States Magistrate Judge Dwane Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On April 24, 2025, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations [ECF No. 4] ("PF&R") and recommended that the court dismiss with prejudice Plaintiff's civil action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DISMISSES with prejudice** this matter from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:     July 11, 2025

                JOSEPH R. GOODWIN
                UNITED STATES DISTRICT JUDGE